## (September 16, 1940.)

In the Matter of the Petition of JAMES F. BELL to Have the Enrollment in the American Labor Party of CAROLYN V. BRIGNOLA and Others Cancelled.— Attempt to appeal from a ruling in the above-entitled proceeding to cancel the enrollment of certain electors in the American Labor Party in Rensselaer county. The petition was presented and order to show cause was signed on September 7, 1940. The primary is fixed by statute [Election Law, § 191] for September 17, 1940. The statute [Election Law, § 332] required that the proceeding be " instituted by a duly enrolled voter * * * at least ten days before a primary election." The court ruled that the proceeding was timely instituted although the order was not served upon the enrolled voters ten days before the primary, but made no other determination. The order is but a ruling of the court and an appeal therefrom does not lie except upon a review of the final determination of the issues raised in the proceeding. (Civ. Prac. Act, § 583; *Kingsway Construction Co.* v. *Metropolitan Life Ins. Co.*, 161 App. Div. 649; *Reade* v. *Halpin*, 180 id. 157; *Jackman* v. *Hasbrouck*, 168 id. 256; *Kramer* v. *U. S. F. & G. Co.*, 212 id. 644.) Appeal dismissed. Hill, P. J., Crapser, Heffernan and Foster, JJ., concur; Schenck, J., dissents.

## (September 16, 1940.)

CLARENCE RICHARDS, an Infant, by GEORGE RICHARDS, His Guardian ad Litem, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 25390.) — Motion to perfect appeal as a poor person on typewritten record and brief granted. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

## (September 18, 1940.)

In the Matter of the Application for the Revocation and Annulment of the Dental License and Registration of Dr. PHILIP BENDER, JR.— Motion for stay granted. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of JOHN CARNEVALE, Petitioner, against Hon. JAMES W. LIDDLE, as County Judge of Schenectady County, Impleading Hon. THOMAS W. WALLACE, as District Attorney for Schenectady County, Respondents.— Motion to prosecute appeal as a poor person denied. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of CHESTER W. CARR, Appellant, against Dr. WALTER B. MARTIN, as Warden of Clinton Prison, at Dannemora, N. Y., Respondent.— Motion for leave to appeal on typewritten record and brief granted. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim for Death Benefits under the Workmen's Compensation Law Made by MARY EMMA GAGE, on Account of the Death of EDWARD WALTER GAGE, Deceased, Appellant, against STANDARD TEXTILE PRODUCTS COMPANY and TRAVELERS INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to substitute the administrator of the estate of Mary Emma Gage, deceased, in place of Mary Emma Gage as appellant on this appeal. Motion granted, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.